**Marquis Aurbach Coffing**
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
smarquis@maclaw.com
crenka@maclaw.com
    Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL R. YAZDI, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONNECT AMERICA.COM, LLC a Delaware limited liability company dba MEDICAL ALARM; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No.:   2:15-cv-01523-JAD-PAL |

**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE**

Plaintiff, Michael R. Yazdi individually, and on behalf of all persons similarly situated, by and through his counsel of record, the law firm of Marquis Aurbach Coffing; and Defendants, Connect America.com, LLC dba Medical Alarm ("Connect America"), by and through its counsel of record, the law firm of John H. Cotton & Associates, Ltd. and Morgan, Lewis & Bockius, LLP, hereby submit this Stipulation and Order to Dismiss without Prejudice.

1.   The Parties agree to dismissal of this case without prejudice pursuant to FRCP 41(a)(2).

2.   There is currently no trial date set in this matter.

DB2/ 26302594.1                                                              MAC:13913-002

3. Each Party will bear his or its own attorney fees and costs.

Dated this 30th day of December, 2015

**MARQUIS AURBACH COFFING**

By: */s/ Candice E. Renka, Esq.*
   Scott A. Marquis, Esq.
   Nevada Bar No. 6407
   Candice E. Renka, Esq.
   Nevada Bar No. 11447
   10001 Park Run Drive
   Las Vegas, Nevada  89145
   Attorneys for Plaintiff

Dated this 30th day of December, 2015

**JOHN H. COTTON & ASSOC., LTD.**

By: */s/ Joseph Duffy, Esq.*
   John H. Cotton, Esq.
   Nevada Bar No. 5268
   Melanie Chapman, Esq.
   Nevada Bar No. 6223
   7900 W. Sahara Avenue, Ste. 200
   Las Vegas, NV 89117

   Joseph Duffy, Esq.
   California Bar No. 241854
   Morgan, Lewis & Bockius LLP
   300 South Grand Avenue
   Twenty-Second Floor
   Los Angeles, CA 90071-3132
   *Pro Hac Vice Application Pending*

   Attorneys for Defendant,
    Connect America.com, LLC

## **ORDER**

IT IS SO ORDERED: Pursuant to stipulation of the Parties, this case is dismissed without prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

Submitted by:

MARQUIS AURBACH COFFING

By: */s/ Candice E. Renka, Esq.*
   SCOTT A. MARQUIS, ESQ.
   Nevada Bar No. 6407
   CANDICE E. RENKA, ESQ.
   Nevada Bar No. 11447
   10001 Park Run Drive
   Las Vegas, NV  89145
   *Attorneys for Plaintiff*

DB2/ 26302594.1

MAC:13913-002

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816