**Marquis Aurbach Coffing**
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
smarquis@maclaw.com
crenka@maclaw.com
   Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL R. YAZDI, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONNECT AMERICA.COM, LLC a Delaware limited liability company dba MEDICAL ALARM; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No.: 2:15-cv-01523-JAD-PAL |

### STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE

Plaintiff, Michael R. Yazdi individually, and on behalf of all persons similarly situated, by and through his counsel of record, the law firm of Marquis Aurbach Coffing; and Defendants, Connect America.com, LLC dba Medical Alarm ("Connect America"), by and through its counsel of record, the law firm of John H. Cotton & Associates, Ltd. and Morgan, Lewis & Bockius, LLP, hereby submit this Stipulation and Order to Dismiss without Prejudice.

1. The Parties agree to dismissal of this case without prejudice pursuant to FRCP 41(a)(2).

2. There is currently no trial date set in this matter.

DB2/ 26302594.1                                                                                          MAC:13913-002

3. Each Party will bear his or its own attorney fees and costs.

| | |
|---|---|
| Dated this 30th day of December, 2015 | Dated this 30th day of December, 2015 |
| **MARQUIS AURBACH COFFING** | **JOHN H. COTTON & ASSOC., LTD.** |
| By: */s/ Candice E. Renka, Esq.* <br> Scott A. Marquis, Esq. <br> Nevada Bar No. 6407 <br> Candice E. Renka, Esq. <br> Nevada Bar No. 11447 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for Plaintiff | By: */s/ Joseph Duffy, Esq.* <br> John H. Cotton, Esq. <br> Nevada Bar No. 5268 <br> Melanie Chapman, Esq. <br> Nevada Bar No. 6223 <br> 7900 W. Sahara Avenue, Ste. 200 <br> Las Vegas, NV 89117 <br><br> Joseph Duffy, Esq. <br> California Bar No. 241854 <br> Morgan, Lewis & Bockius LLP <br> 300 South Grand Avenue <br> Twenty-Second Floor <br> Los Angeles, CA 90071-3132 <br> *Pro Hac Vice Application Pending* <br><br> Attorneys for Defendant, <br> Connect America.com, LLC |

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED without prejudice, each side to bear its own fees and costs. The Clerk of of Court is instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 30, 2015.

Submitted by:

MARQUIS AURBACH COFFING

By: */s/ Candice E. Renka, Esq.*
    SCOTT A. MARQUIS, ESQ.
    Nevada Bar No. 6407
    CANDICE E. RENKA, ESQ.
    Nevada Bar No. 11447
    10001 Park Run Drive
    Las Vegas, NV 89145
    *Attorneys for Plaintiff*

DB2/ 26302594.1   MAC:13913-002

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816